UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELTON J. RAYFORD | Civil Action No. 06-6356 |
| Plaintiff, | JUDGE: Stanwood R. Duval |
| versus | |
| ALLSTATE INSURANCE COMPANY | MAG. JUDGE: Sally Shushan |
| Defendant | |

### ORDER

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal With Prejudice;

IT IS ORDERED that all claims against Allstate Insurance Company in its capacity as a Write Your Own flood insurance carrier participating in the National Flood Insurance Program are hereby dismissed, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this __9th__ day of January, 2008.

_____
DISTRICT JUDGE

1